SO ORDERED,



Judge Jason D. Woodard

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  Donald Sullivan  
        Debtor(s)

NO. 17-14019  
Chapter 13

## ORDER TO MODIFY PLAN

**THIS CAUSE** having come before this Court on the Debtor's Motion to Modify Plan, and the Court after considering same, finds that there are no objections and the Plan should be modified to surrender the 2010 Dodge Caliber. The Trustee is hereby directed to modify the plan payments accordingly.

***END OF ORDER***

Approved:

\s\ Heidi S. Milam  
Heidi S. Milam, Bar No. 9813  
Attorney for Debtors  
P.O. Box 1169  
Southaven, MS 38632  
(662) 349-2322